**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **THOMAS HILL, individually and on behalf of all others similarly situated,** | |
| **Plaintiff,** | **1:17-cv-1324-WSD** |
| **v.** | |
| **FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC,** | |
| **Defendant.** | |

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement and Entry of Order of Dismissal [8] ("Motion").  The parties request that the Court review and approve the Settlement Agreement [10] and dismiss this action with prejudice.  See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.") (citations omitted).

The Court has reviewed the parties' Motion, the Settlement Agreement, and the record.  The Court concludes that the terms of the settlement (1) are fair to the

named Plaintiff; (2) reflect a reasonable compromise over the issues that are

actually in dispute in this case; and (3) demonstrate a good-faith intention by the

parties that Plaintiff's claims be fully and finally resolved.  The Court further finds

that the settlement (1) arrived at a fair disposition of the claims and (2) arrived at a

fair and reasonable settlement of the attorneys' fees and costs of litigation.  See

generally Lynn's Food Stores, 679 F.2d at 1353.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Approval of

Settlement Agreement and Entry of Order of Dismissal [8] is **GRANTED**.  The

parties' Settlement Agreement [10] is **APPROVED**.  This action is **DISMISSED**

**WITH PREJUDICE**

**SO ORDERED** this 3rd day of October, 2017.


WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

2